# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4023

_____

Stacy Abram, Jr.,            *
                                       *
         Appellant,      *
                                         *    Appeal from the United States
    v.                             *    District Court for the
                                         *    Eastern District of Arkansas.
State of Arkansas; City of Earle,    *
                                         *    [UNPUBLISHED]
         Appellees.      *

_____

Submitted: September 7, 2005
Filed: September 12, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Stacy Abram, Jr. sought to remove a criminal case pending against him in Earle City, Arkansas, to federal court pursuant to 28 U.S.C. §1443. Upon the City of Earle's motion, the district court[1] remanded the action to state court. This appeal followed.

We note our authority to review whether the district court erred in denying removal under section 1443, see 28 U.S.C. § 1447(d), and we agree with the district

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

court that Abram failed to show any grounds to support his invocation of section 1443, see 28 U.S.C. §1443; City of Greenwood v. Peacock, 384 U.S. 808, 828 (1966); Georgia v. Rachel, 384 U.S. 780, 788, 792, 803 (1966).

Accordingly, we affirm.

_____